UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.:  24-cr-277 (JMC) |
| **CRAIG JACKSON MOORE,** | : | |
| | : | |
| Defendant. | : | |

### JOINT MOTION FOR CHANGE-OF-PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Edmund M. Davis, Esq., attorney for defendant Craig Jackson Moore, hereby jointly move the Court to strike the next status conference date of October 31, 2024, and for a change-of-plea hearing to be set in this matter. The parties have reached an agreement as to the plea and statement of facts as to defendant Craig Jackson Moore.

Moore anticipates pleading guilty to misdemeanor charges. Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Moore respectfully requests the Court permit taking of the plea via video teleconference. The government does not object.

If the Court allows the plea via video teleconference, the government respectfully requests the Court's permission to share the video teleconference link with the investigator in this matter so that she may attend the plea hearing.

1

If the Court grants the request, and the date is extended past October 31, 2024, the parties move to exclude time under the Speedy Trial Act through the date of the next hearing based on the reasons contained herein, and on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B).

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar Number 481052

By:    */s/ John Oxenreiter*
    JOHN OXENREITER
    New York Bar Reg. No. 5511597
    Assistant United States Attorney
    U.S. Attorney's Office for the District of Columbia
    601 D Street NW
    Washington, DC 20530
    John.Oxenreiter@usdoj.gov
    (202) 252-7228

    CRAIG JACKSON MOORE
    Defendant

By:    */s/ Edmund M. Davis*
    EDMUND M. DAVIS
    Attorney for Craig Jackson Moore
    PO Box 201123
    Austin, TX 78720
    attorney.skip.davis@gmail.com
    (512) 698-2215